# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 11 PM 4:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ERIN CROWLEY

vs

SATURN CORPORATION

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0664 J NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ANDERSON LAW FIRM                                 Tel: (714) 516-2700
MARTIN W. ANDERSON, State Bar No. 178422
2070 N. TUSTIN AVE.
SANTA ANA, CA 92705

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                            APR 11 2008
_____                 _____
           CLERK                                          DATE
       J. PARIS

_____
    By                , Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

ORIGINAL    ::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)