| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| David N. Ruben (Bar No. 156681)<br>Ruben & Sjolander<br>1875 Century Park East, Suite 1050<br>Los Angeles, California 90067<br>Ph: (310) 788-9028; Fx: (310) 788-9028<br>e-mail: david.ruben@rubenandsjolander.com | |
| ATTORNEYS FOR: Defendant, Saturn Corporation | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CROWLEY<br><br>                            Plaintiff(s),<br>v.<br><br>SATURN CORPORATION<br><br>                            Defendant(s) | CASE NUMBER<br><br>08 CV 0664 J NLS<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Saturn Corporation
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                             **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Erin Crowley                                                                                             Plaintiff

Saturn Corporation                                                                                   Defendant


5/8/08
Date                                                                                    Sign

                                                                                        David N. Ruben
                                                                                        Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles and my business address is 1875 Century Park East, Suite 1050, Los Angeles, California 90067. I am over the age of 18 years and I am not a party to this action. I am readily familiar with the practices of RUBEN & SJOLANDER for the collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On May 12, 2008, I served the foregoing document(s), bearing the title(s) **DEFENDANT, GENERAL MOTORS CORPORATION'S, NOTICE OF INTERESTED PARTIES** on the interested parties in the action as follows:

[X]   by placing [] the **original** [X] a **true copy** thereof addressed as follows:

Michael E. Lindsey, Esq.
LAW OFFICES OF MICHAEL E. LINDSEY
4455 Morena Boulevard, Suite 207
San Diego, California 92117
Ph: (858) 270-7000; Fx: (858) 270-7710

Martin W. Anderson, Esq.
ANDERSON LAW FIRM
2070 North Tustin Avenue
Santa Ana, California 92705
Ph: (714) 516-2700; Fx: (714) 532-4700
e-mail: martin@andersonlaw.net

[X]   **(BY EFILE SERVICE)** The above document was served on the interested party named above by electronic means via Efile.

[]   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **(Federal)** I declare under penalty of perjury that I am employed by a member of the Bar of this Court, at whose direction this service is made.

Executed on May 12, 2008, at Los Angeles, California.

_____
TRICIA FLANSBURG