```
 1  Michael E. Lindsey
    Attorney at Law
 2  State Bar No. 99044
    4455 Morena Blvd., Ste. 207
 3  San Diego, California 92117-4325
    (858) 270-7000
 4
 5  Attorney for Plaintiff
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11  ERIN CROWLEY, an individual,   )  Case No. 08-cv-0664 J (NLS)
                                   )
12              Plaintiff,         )  NOTICE OF APPEARANCE
                                   )
13  v.                             )
                                   )
14                                 )
    SATURN CORPORATION, a business )
15  entity form unknown, and DOES 1-30, )
    inclusive,                     )
16                                 )
                Defendants.        )
17  _____)
18
19      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
20  PLEASE TAKE NOTICE THAT attorney Michael E. Lindsey hereby appears on behalf
21  of the Plaintiff in the above-entitled action.  This notice is filed in order to link attorney
22  Lindsey's CM/ECF account to receive notice of filings in the action.
23
24  May 12, 2008
25                              /s/Michael E. Lindsey
                                Michael E. Lindsey
26                              Attorney for Plaintiff
27
28
                                                                                 1
```

<u>PROOF OF SERVICE BY MAIL</u>
(Sections 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 4455 Morena Blvd., Ste. 207, San Diego, California 92117-4325.

    On the date shown below, I served the foregoing document described as:

NOTICE OF APPEARANCE
Crowley v. Saturn, Case No. 08-cv-0664 J (NLS)

to the interested parties in this action by mail at San Diego, California addressed as follows:

David N. Ruben
Ruben & Sjolander
1875 Century Park East, Ste. 1050
Los Angeles CA 90067

[X]    (**BY EFILE)** The above document was served on the interested party named above by electronic means via Efile.

[ ]    (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the addressee.

[ ]    (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (**FEDERAL**] I declare that I am a member of the bar of this court.

    Executed on May ____, 2008, at San Diego, California.

                                          /s/Michael E. Lindsey
                                            Michael E. Lindsey