Michael E. Lindsey
Attorney at Law
State Bar No. 99044
4455 Morena Blvd., Ste. 207
San Diego, California 92117-4325
(858) 270-7000

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ERIN CROWLEY, | Case No. 3:08-cv-00664-DMS-NLS |
|---|---|
| Plaintiff, | JOINT MOTION TO DISMISS |
| v. | |
| SATURN CORPORATION, | |
| Defendants. | JUDGE: Nita L. Stormes |

THE PARTIES by and through their counsel hereby stipulate that the above captioned action has been settled as to all matters and move that it be dismissed with prejudice pursuant to FRCP 41 (a)(I).

July 8, 2008

_____
Michael E. Lindsey
Attorney for Plaintiff

July 8, 2008

_____
Amy L. Sjolander
Attorney for Defendant
SATURN CORPORATION

JOINT MOTION TO DISMISS, *Crowley v. Saturn*, Case No. 3:08-cv-00664-DMS-NLS           1

<u>PROOF OF SERVICE BY MAIL</u>
(Sections 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF SAN DIEGO  )

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 4455 Morena Blvd., Ste. 207, San Diego, California 92117-4325.

      On the date shown below, I served the foregoing document described as:

JOINT MOTION TO DISMISS, [PROPOSED] ORDER ON JOINT MOTION TO DISMISS
Crowley v. Saturn, Case No. 3:08-cv-00664-DMS-NLS

to the interested parties in this action by mail at San Diego, California addressed as follows:

Amy L. Sjolander
Ruben & Sjolander
1875 Century Park East, Ste. 1050
Los Angeles, CA, 90067

[X]  (**BY EFILE** The above document was served on the interested party named above by electronic means via Efile.

[ ]  (**BY PERSONAL SERVICE**) I caused to be delivered such envelope by hand to the addressee.

[]   (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (**FEDERAL**] I declare that I am a member of the bar of this court.

Executed on July 9, 2008, at San Diego, California.

                                            <u>/s/Michael E. Lindsey</u>
                                            Michael E. Lindsey