UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CROWLEY, ) | Case No. 3:08-cv-00664-DMS-NLS |
| Plaintiff, ) | ORDER ON JOINT MOTION TO DISMISS |
| v. ) | |
| SATURN CORPORATION, ) | |
| Defendants. ) | |

   IT IS HEREBY ORDERED that the above captioned action be dismissed with prejudice pursuant to FRCP 41 (a)(I).

DATED: July 10, 2008

_____
HON. DANA M. SABRAW
United States District Judge

JOINT MOTION TO DISMISS, *Crowley v. Saturn*, Case No. 3:08-cv-00664-DMS-NLS           1